**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ELIZABETH J. RODGERS TRUST | : | No. 200 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: MARK BRADLEY | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.